1:15-CV-28

